UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| MIRIAM SIEVERS, | ) | No.8:25-cv-01948-JDE |
| Plaintiff, | ) ) ) | ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| v. | ) ) ) | |
| FRANK BISIGNANO, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) ) | |

Based upon the parties' Stipulation (Dkt. 22), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,400.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: July 6, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge